DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEVON DENARD FRANKLIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1214

[August 26, 2020]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case Nos. 2009CF001679A and 2009CF003966A.

Devon Denard Franklin, Raiford, pro se.

No response for appellee.

PER CURIAM.

*Affirmed. See Pedroza v. State,* 291 So. 3d 541 (Fla. 2020).

LEVINE, C.J., WARNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***